IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING:<br><br>**CELLULAR TELEPHONE: 828-310-9719 WITH IMSI: 310150822360401 (SUBJECT TELEPHONE)** | No. 3:17MJ214<br><br>***SEALED WARRANT*** |

Application having been made by the United States for a Warrant pursuant to Federal Rule of Criminal Procedure 41 directing AT&T WIRELESS to assist agents of the Drug Enforcement Administration by providing all information, facilities and technical assistance needed to ascertain the physical location of the cellular telephone number **828-310-9719, IMSI: 310150822360401 (SUBJECT TELEPHONE)** and any changed telephone number subsequently assigned to the instrument bearing the same ESN, or accessed through the same IMSI as the **SUBJECT TELEPHONE**, or to any changed ESN or IMSI subsequently assigned to the same telephone number as the **SUBJECT TELEPHONE** with service provided by AT&T WIRELESS, including but not limited to data indicating the specific latitude and longitude of (or other precise location information concerning) the **SUBJECT TELEPHONE** (the "Requested Information"), for a period of thirty (30) days.

The Court finds that there is probable cause to believe that the Requested Information will lead to evidence of violations of 21 U.S.C. §§ 841 and 846, among other offenses, as well as to the identification of individuals who are engaged in the commission of these offenses.

IT IS HEREBY ORDERED pursuant to Federal Rule of Criminal Procedure 41 that AT&T WIRELESS Telephone Company, beginning at any time within ten (10) days of the date of this

Order and for a period not to exceed thirty (30) days from the date the service is established, provide to agents of the Drug Enforcement Administration the Requested Information concerning the **SUBJECT TELEPHONE**, with said authority to extend to any time of the day or night as required, including when the **SUBJECT TELEPHONE** leaves the Western District of North Carolina; all of said authority being expressly limited to ascertaining the physical location of the **SUBJECT TELEPHONE** and expressly excluding the contents of any communications conducted by the user(s) of the **SUBJECT TELEPHONE**.

It is further ORDERED that the Drug Enforcement Administration compensate AT&T WIRELESS for reasonable expenses incurred in complying with any such request.

It is further ORDERED that agents of the Drug Enforcement Administration and other law enforcement officers and persons authorized to provide them with necessary and technical assistance are authorized to acquire the Requested Information concerning the location of the **SUBJECT TELEPHONE** for a period of thirty (30) days from the date the service is established or until the goals of the investigation have been achieved.

It is further ORDERED that the Court's Order and the accompanying Affidavit submitted in support thereof, as they reveal an ongoing investigation, be sealed until further Order of the Court in order to avoid premature disclosure of the investigation, guard against fugitives, and better ensure the safety of agents and others, except that copies of the Court's Order in full or redacted form may be maintained by the United States Attorney's Office, and may be served on Special Agents and other investigative and law enforcement officers of the Drug Enforcement Administration, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, and AT&T WIRELESS as necessary to effectuate the Court's Order.

It is further ORDERED that this Warrant be returned to the issuing judicial officer within ten (10) days after the termination of the execution of the Warrant.

It is further ORDERED that, pursuant to 18 U.S.C. § 3103a (b) and Federal Rule of Criminal Procedure 41(f)(3), service of notice may be delayed for a period of thirty (30) days after the termination of the execution of the Warrant.

It is further ORDERED that AT&T WIRELESS, its affiliates, officers, employees, and agents not disclose the Court's Order or the underlying investigation, until notice is given as provided above.

SO ORDERED THIS 9th day of June, 2017 at __11:50__ am/~~pm~~.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA